CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

APR 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SAMUAL R. MILLS,  )<br>    Petitioner, ) | Civil Action No. 7:13-cv-00180 |
| ) | |
| v. ) | **2254 FINAL ORDER** |
| ) | |
| COMMONWEALTH OF ) | |
| VIRGINIA CIRCUIT COURT ) | |
| AND FOR ORANGE COUNTY, ) | By: Samuel G. Wilson |
|     Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Mills' 28 U.S.C. § 2254 petition is **DISMISSED without prejudice,** Mills' motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED as moot,** and this action shall be **STRICKEN** from the active docket of the court. Further, finding that Mills has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** April 24, 2013.

_____
UNITED STATES DISTRICT JUDGE