

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SAMUAL R. MILLS,<br>   Petitioner, | Civil Action No. 7:13-cv-00180 |
| v. | **2254 FINAL ORDER** |
| COMMONWEALTH OF<br>VIRGINIA CIRCUIT COURT<br>AND FOR ORANGE COUNTY,<br>   Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Mills' 28 U.S.C. § 2254 petition is **DISMISSED without prejudice**, Mills' motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED as moot**, and this action shall be **STRICKEN** from the active docket of the court. Further, finding that Mills has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** April 24, 2013.

UNITED STATES DISTRICT JUDGE